Case No. _____

Dept. No. _____

IN THE __6th__ JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF _Pershing_

* * * * *

Liesegang, Clay , )
_____, )
)
-vs- )
Young, Mike , )
)
_____. )
_____)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

COMES NOW _Liesegang_, _Clay_, in pro se, and moves the Court for an order granting him leave to proceed in the above-entitled action without paying the costs and/or security of proceeding herein.

This motion is made and based upon NRS 12.015 and the attached affidavit and certificate of inmate's institutional account.

Dated this _29th_ day of _October_, 20_19_.

_Clay Liesegang_ # 122129
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419

_____ In Pro Se

LCC LL FORM 26.012

## Affidavit in Support of Application
## to Proceed In Forma Pauperis

State of Nevada              )
                             )   ss:
County of Pershing     )

COMES NOW, _Liesegang, Clay_____, who first being duly sworn and on my own oath, do hereby depose and state the following in support of my foregoing motion:

(1) Because of my poverty I am unable to pay the costs of the proceedings in the foregoing action ot to give security therefore; I am entitled to relief. This application is made in good faith.

(2) I swear that the responses below are true and correct and to the best of my knowledge, information and belief:

(a) I____ am __✓__ am not presently employed. I currently earn salary or wages per month in the following amount at Lovelock Correctional Center or, if I am not presently employed, the date of my last employment and the amount of salary or wages I earned per month were as follows: _____
_____.

(b) I have NOT received any money from any of the following sources within the past 12 months: business, profession, self-employment, rent payments, pensions, interests or dividends, annuities, insurance payments, gifts or inheritances. Money, if any, placed on my prison account from sources such as family or friends, is in the amount as indicated on the attached Certificate of Inmate's Institutional Account, which reflects the total amount of money in my prison account.

(c) I do NOT own any real estate, stocks, bonds, notes, automobiles or other valuable property, and I do not have any money in a checking account.

(d) I____ do __X__ do not have persons dependent upon me for support. The person(s) I support, if any, are as follows, with my relationship to them and the amount of my contribution towards their support being as follows: _____
_____.

(3) I swear under the penalty of perjury that the above is true and correct and to the best of my personal knowledge, and that the foregoing is rendered without notary per NRS 208.165.

Dated this _29th_ day of _October_____, 20_19_.

_Clay Liesegang_____ #_1221129_____
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
_____ In Pro Se

Case No. _____

Dept. No. _____

IN THE _____ JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF _____

\* \* \* \* \*

_____, )
                        )
         _____, )
                        )
 -vs-                  )          ORDER TO PROCEED
                        )          IN FORMA PAUPERIS
_____, )
                        )
         _____. )
                        )
_____)

Upon consideration of _____'s Application to Proceed In Forma Pauperis and it appearing that there is not sufficient income, property or resources with which to commence and maintain the action, and with good cause appearing:

IT IS HEREBY ORDERED that _____, _____, shall be permitted to proceed In Forma Pauperis in this action, with no fees, costs or securities being necessary towards the filing or issuance of any writ, process, pleading or papers.

IT IS FURTHER ORDERED that the Sheriff shall make personal service of any necessary pleadings in this action without fees.

IT IS SO ORDERED.

Dated this _____ day of _____, 20___.

_____
District Court Judge

Case No. _____

Dept. No. _____


IN THE _____ JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF _____


_____,  )
         _____,  )
                           )
         vs.               )        CERTIFICATE OF INMATE'S
                           )        INSTITUTIONAL ACCOUNT
_____,   )
         _____.  )
_____)

    I, the undersigned, do certify that _____,

NDOC # _____, above-named, has a balance of $_____ on account

to his credit in the prisoner's personal property fund for his use at

Lovelock Correctional Center, in Pershing County.

    I further certify that said prisoner owes departmental charges in the

amount of $_____ and that the solitary security to his credit is a

savings account established pursuant to NRS § 209.247(5) with a balance of

$_____ which is inaccessible to him.

    Dated this _____ day of _____, 20___.


                                    _____
                                    Inmate Services Division
                                    Nevada Department of Corrections


Submitted by _____ #_____, on ___/___/___.

This is for a civil ___ habeas ___ matter.

LCC 26.012

## AFFIRMATION PURSUANT TO NRS 239B.030

The undersigned does hereby affirm that the preceding APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS does not contain the social security number of any person.

Dated this 29th day of October, 20 19 .

_Clay Lirscgang_ #1221129
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419

_____ In Pro Se

/ / /

/ / /

/ / /

/ / /

/. / /

/ / /

- Affirmation Pursuant to NRS 239B.030 -